**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-11135 |
| | § | |
| EARL ANTHONY WALLACE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $49,200.00 | Assets Exempt: | $2,350.00 |
| Total Distributions to Claimants: | $854.33 | Claims Discharged Without Payment: | $12,487.95 |
| Total Expenses of Administration: | $312.69 | | |

3) Total gross receipts of $1,167.02 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,167.02 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $87,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $312.69 | $312.69 | $312.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $10,149.00 | $3,193.28 | $3,193.28 | $854.33 |
| **Total Disbursements** | $97,149.00 | $3,505.97 | $3,505.97 | $1,167.02 |

4). This case was originally filed under chapter 7 on 03/31/2016. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2018         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preferential payment to Springleaf/One Main Financial | 1241-000 | $1,167.02 |
| **TOTAL GROSS RECEIPTS** | | $1,167.02 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Financial | 4110-000 | $45,000.00 | $0.00 | $0.00 | $0.00 |
| | US Bank | 4110-000 | $42,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $87,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $291.76 | $291.76 | $291.76 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.87 | $18.87 | $18.87 |
| Green Bank | 2600-000 | NA | $2.06 | $2.06 | $2.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $312.69 | $312.69 | $312.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MERRICK BANK | 7100-900 | $0.00 | $2,412.21 | $2,412.21 | $645.36 |
| 2 | Capital One Bank | 7100-900 | $0.00 | $781.07 | $781.07 | $208.97 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| (USA), N.A. by | | | | | |
| Avant | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One | 7100-000 | $751.00 | $0.00 | $0.00 | $0.00 |
| Credit Union 1 | 7100-000 | $4,878.00 | $0.00 | $0.00 | $0.00 |
| Merrick Bank | 7100-000 | $2,499.00 | $0.00 | $0.00 | $0.00 |
| Opportunity Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank | 7100-000 | $2,021.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $10,149.00 | $3,193.28 | $3,193.28 | $854.33 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-11135 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALLACE, EARL ANTHONY | Date Filed (f) or Converted (c): | 03/31/2016 (f) |
| For the Period Ending: | 4/9/2018 | §341(a) Meeting Date: | 05/12/2016 |
| | | Claims Bar Date: | 06/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2012 Dodge Durango (29k miles) | $22,675.00 | $0.00 | | $0.00 | FA |
| 2 | 2015 Buick Regal (17k miles) | $26,525.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous household goods and furnishings used by the Debtor(s) in their household | $1,200.00 | $0.00 | | $0.00 | FA |
| 4 | 3 TVs, DVD player, 4 computers, 8 cell phones | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Personal used clothing | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Checking and 17.1. savings Chase Bank | $50.00 | $0.00 | | $0.00 | FA |
| 7 | 401(k) Pension through work | Unknown | $0.00 | | $0.00 | FA |
| 8 | Term life through work | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Preferential payment to Springleaf/One Main Financial (u) | $0.00 | $1,167.02 | | $1,167.02 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$51,550.00      $1,167.02      $1,167.02      $0.00

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:

Received check from One Main Financial for preferential payments made by the Debtor. No other assets to administer.

Bar date is 6/23/17. TFR submitted for UST review 6/30/17.

**Initial Projected Date Of Final Report (TFR):**    03/17/2018      **Current Projected Date Of Final Report (TFR):**      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1  Exhibit 9

| Case No. | 16-11135 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WALLACE, EARL ANTHONY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4389 | | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/31/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2017 | (9) | Springleaf Finance Corporation | Recovery of preference on demand to Springleaf/One Main Financial | 1241-000 | $1,167.02 | | $1,167.02 |
| 04/25/2017 | (9) | Springleaf Finance Corporation | Recovery of preference on demand to Springleaf/One Main Financial | 1241-000 | ($1,167.02) | | $0.00 |
| 04/25/2017 | (9) | One Main | [Reissued] Recovery of preference on demand to Springleaf/One Main Financial | 1241-000 | $1,167.02 | | $1,167.02 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.36 | $1,166.66 |
| 05/16/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($0.36) | $1,167.02 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.06 | $1,164.96 |
| 02/27/2018 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $291.76 | $873.20 |
| 02/27/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.87 | $854.33 |
| 02/27/2018 | 3003 | MERRICK BANK | Claim #: 1; Amount Claimed: $2,412.21; Distribution Dividend: 26.75%; | 7100-900 | | $645.36 | $208.97 |
| 02/27/2018 | 3004 | Capital One Bank (USA), N.A. by | Claim #: 2; Amount Claimed: $781.07; Distribution Dividend: 26.75%; | 7100-900 | | $208.97 | $0.00 |

**SUBTOTALS** $1,167.02 $1,167.02

FORM 2 Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-11135 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALLACE, EARL ANTHONY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4389 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,167.02 | $1,167.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,167.02 | $1,167.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,167.02 | $1,167.02 | |

**For the period of 3/31/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,167.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,167.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,167.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,167.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2017 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,167.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,167.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,167.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,167.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-11135 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALLACE, EARL ANTHONY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4389 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,167.02 | $1,167.02 | $0.00 |

**For the period of 3/31/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,167.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,167.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,167.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,167.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/31/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,167.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,167.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,167.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,167.02 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ